**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Kellogg, Cyrene | ) | CASE NO. 16-25641 |
| Kellogg, Cathy | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on October 24, 2018.

Cindy M. Johnson                                       /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Iana Trifonova    trifonovalaw@yahoo.com

## Manual Notice List

See Attached List

## Mailings Service List

Cyrene Kellogg
Cathy Kellogg
2511 W. Campbell St
Joliet, IL 60435-6405

Cardiology Interpretations II
2801 Black Road Suite A
Joliet, IL 60435-2929

Chase Crad Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank/Best Buy
Centralized Bankruptcy/CitiCorp Credit S
Po Box 790040
St Louis, MO 63179-0040

Comenity Bank/Lane Bryant
Po Box 182125
Columbus, OH 43218-2125

Comenitybank/venus
Po Box 182125
Columbus, OH 43218-2125

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Harley Davidson Financial
Attention: Bankruptcy
Po Box 22048
Carson City, NV 89721-2048

Joliet Cntr. Clinical Research
c/o Collection Professionals Inc.
PO Box 416
LaSalle, IL 61301-0416

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201-3120

Newport News
Po Box 182125
Columbus, OH 43218-2125

Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4747

Abn Amro Mortgage Grou
Po Box 9438
Gaithersburg, MD 20898-9438

Cda/Pontiac
Attn:Bankruptcy
Po Box 213
Streator, IL 61364-0213

Citibank / Sears
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179-0040

Citimortgage Inc
Attn: Bankruptcy
Po Box 6423
Sioux Falls, SD 57117

Comenity Bank/Torrid
Po Box 182125
Columbus, OH 43218-2125

Commonwealth Financial Systems
245 Main St
Dickson City, PA 18519-1641

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Hsbc/hlzbg
Capital One -- Attention: Bankruptcy
Po Box 30257
Salt Lake City, UT 84130-0257

Juliet Center for Clinical Research
210 N. Hammes Ave, Suite 205
Joliet, IL 60435-8139

Meridian Medical Associates
2100 Glenwood Ave
Joliet, IL 60435-5487

PNC Bank Credit Card
Po Box 5570
Mailstop  BR- YB58-01-5
Cleveland, OH 44101-0570

Provena Health
1643 Lewis Ave, Ste. 203
Billings, MT 59102-4151

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Chase
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850-5298

Citibank/Best Buy
Pob 6241
Sioux Falls, SD 57117-6241

Collection Prof/lasalle
Po Box 416
La Salle, IL 61301-0416

Comenity Bank/Victoria Secret
Po Box 18215
Columbus, OH 43218

Community Orthopedics
1240 Essington Rd., Ste. 200
Joliet, IL 60435-8438

Escallate
PO Box 630906
Cincinnati, OH 45263-0906

Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL 60487-9356

Keybank NA
Key Bank; Attention: Recovery Payment Pr
4910 Tiedeman Road (Routing Code: 08-01-
Brooklyn, OH 44144-2338

Midwest Hospitalists
2100 Glenwood Ave
Joliet, IL 60435-5488

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

Prsm/cbsd
CitiCorp Credit Services/Centralized Ban
Po Box 20507
Kansas City, MO 64195-0507

| | | |
|---|---|---|
| Rogers & Hol<br>Po Box 879<br>Matteson, IL 60443-0879 | Southwest Gastroenterology<br>9921 Southwest Hwy<br>Oak Lawn, IL 60453-3754 | State Farm Bank<br>Attn: Bankruptcy<br>Po Box 2328<br>Bloomington, IL 61702-2328 |
| State Farm Financial S<br>1 State Farm Plaza<br>Bloomington, IL 61710-0001 | Synchrony Bank<br>Po Box 103104<br>Roswell, GA 30076-9104 | Synchrony Bank/ HH Gregg<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/ JC Penneys<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Care Credit<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Gap<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | TOYOTA MOTOR CREDIT CORPORATION PO<br>BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | |